# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUAN OBERTO, ALFREDO HAYDAR,
LINO OLIVARES, JULIO RAMIREZ and
MARIA M. ARAUZ**

        **Plaintiffs,**

-vs-                              **Case No.  6:06-cv-471-Orl-31JGG**

**PHOENIX UPHOLSTERING &
REFINISHING, INC., and OSCAR A.
FLORES,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement (Doc. 37), it is

**ORDERED** that the Motion is GRANTED.  The Court finds that the Settlement

Agreement is a fair and reasonable compromise of a legitimate dispute between parties

represented by competent counsel.  Therefore, the Settlement Agreement is approved and the case

is dismissed with prejudice.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 1, 2006.

                                    GREGORY A. PRESNELL
                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party